**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Mississippi__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

United Furniture Industries, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

United Furniture
Lane Furniture

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

3 1 – 1 3 9 2 5 7 6
EIN

**5. Debtor's address**

**Principal place of business**

5380 Highway 145 South
Number    Street

_____

Tupelo       MS    38801
City         State  ZIP Code

Lee County
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____  ____  _____
City             State  ZIP Code

**Location of principal assets, if different from principal place of business**

see attached Schedule I
Number    Street

_____

_____  ____  _____
City             State  ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor ___United Furniture Industries, Inc._____    Case number (*if known*)_____
      *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | ___https://lanefurniture.com_____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                                         MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                                         MM / DD / YYYY |

**Part 3: Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __United Furniture Industries, Inc.__    Case number (*if known*)_____
Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wells Fargo Bank, National Association | Revolving Credit Facility Claims | Not less than $20,000.00 |
| Security Associates of Mississippi/Alabama, LLC | Unpaid services | $265,000.00 |
| V & B International, Inc. | Purchase orders | $30,486.50 |
| | Total of petitioners' claims | Not less than $315,486.50 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Wells Fargo Bank, National Association
Name

150 E. 42nd Street
Number  Street

New York    NY    10017
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/22/2022
MM / DD / YYYY

✗ /s/ Marc Grossman
Signature of petitioner or representative, including representative's title

**Attorneys**

R. Spencer Clift, III
Printed name

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Firm name, if any

165 Madison Avenue, Suite 2000
Number  Street

Memphis    TN    38103
City    State    ZIP Code

Contact phone 901-577-2216  Email sclift@bakerdonelson.com

Bar number  100208

State  MS

✗ /s/ R. Spencer Clift, III
Signature of attorney

Date signed  12/22/2022
MM / DD / YYYY

Debtor  United Furniture Industries, Inc.        Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Security Associates of Mississippi/Alabama, LLC
Name

1538 County Road 961
Number   Street

Belmont           MS        38827
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/2022
             MM / DD / YYYY

✘ /s/ James Whitt/Owner
Signature of petitioner or representative, including representative's title

---

Andrew C. Allen
Printed name

The Law Offices of Andrew C. Allen
Firm name, if any

2910 Linden Avenue, Suite 200-B
Number   Street

Homewood          AL        35209
City              State     ZIP Code

Contact phone  205-533-2010   Email  aallen@acallenlaw.com

Bar number  8423

State  MS

✘ /s/ Andrew C. Allen
Signature of attorney

Date signed  12/28/2022
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

V & B INTERNATIONAL, INC.
Name

810 Market St 1 PO Box 753
Number   Street

Port Gibson       MS        39150
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2022
             MM / DD / YYYY

✘ /s/ Valory G. Beesley
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City     State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY