**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: UNITED FURNITURE INDUSTRIES, INC.**        **CASE NO. 22-13422 SDM**

       **DEBTOR(S)**                                     **CHAPTER   11**

## ORDER

This matter is before the court on consideration of the Acting United States Trustee for Region 5's ("UST") Application for Approval of Appointment of Chapter 11 Trustee (DKT. ___94___) The UST advised the court that he had appointed Derek Henderson, Esq., as the Chapter 11 trustee in the above styles and numbered case; therefore,

**IT IS THEREFORE ORDERED** that the United States Trustee's appointment of Derek Henderson, Esq. as the chapter 11 trustee in the above styles and numbered case is hereby approved.

**\*\*\*END OF ORDER\*\*\***

APPROVED FOR ENTRY:


*/s/ Sammye S. Tharp*
Sammye S. Tharp, Esq., MSB 10016
Trial Attorney, U.S. Trustee
U. S. Department of Justice
501 East Court Street, Suite 6-430
Jackson MS   39201
Telephone (601) 965-4142
MS Bar No. 10016

EXHIBIT D