**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:  UNITED FURNITURE INDUSTRIES INC. | CASE NO. 22-13422 |
| DEBTOR(S) | CHAPTER 11 |

## NOTICE OF 11 U.S.C. § 341(a) MEETING TO BE HELD BY TELEPHONE

PLEASE TAKE NOTICE that the 11 U.S.C. § 341(a) meeting of creditors will be conducted via TELEPHONE by:

**U.S.Trustee:** Sammye S. Tharp, Trial Attorney
**Call in number:** 877-953-5629
**Passcode:** 6207868

The following date and time for the meeting have not changed from the original creditor meeting notice sent to you by the Bankruptcy Court:

**Wednesday, March 29, 2023 at 10:00 am**

Please do not appear in-person for the meeting.  Debtors must call in to the meeting to be questioned under oath.  In a joint case, both spouses must call in to the meeting.  Creditors may attend but are not required to do so.  Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record.  If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If the meeting is continued or adjourned to a later date, the date will be on the court docket.  If you have any questions or concerns, please contact your attorney or the U.S. Trustee at:

U.S. Trustee Telephone: (601) 965-4142
U.S. Trustee Email: sammye.s.tharp@usdoj.gov

| | |
|---|---|
| Dated: March 2, 2023 | DAVID W. ASBACH<br>Acting United States Trustee<br>Region 5, Judicial Districts of<br>Louisiana and Mississippi |
| By: | */s/ Sammye S. Tharp*<br>Sammye S. Tharp |

Sammye S. Tharp, Trial Attorney
U. S. Trustee, Region 5
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-4142
Email: sammye.s.tharp@usdoj.gov