**Fill in this information to identify the case:**

Debtor: United Furniture Industries, Inc.

United States Bankruptcy Court for the: Northern District of Mississippi

Case number (if known): 22-13422

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

**2. CASH ON HAND**

**NONE**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | RENASANT BANK | CHECKING | 0259 | $0.00 |
| 3.2. | RENASANT BANK | CHECKING | 2325 | $0.00 |
| 3.3. | RENASANT BANK | CHECKING | 4460 | $0.00 |
| 3.4. | RENASANT BANK | CHECKING | 5488 | $0.00 |
| 3.5. | RENASANT BANK | CHECKING | 9668 | $213.79 |
| 3.6. | RENASANT BANK | SWEEP | 0583 | $0.00 |
| 3.7. | WELLS FARGO | DEPOSIT | 5192 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

**NONE**

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. — $213.79

### Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | AMORY UTILITY DEPOSIT | $4,055.00 |
| 7.2. | AMORY WATER & ELECTRIC - GLENN DRIVE - UTILITY DEPOSIT | $450.00 |
| 7.3. | AMORY WATER & ELECTRIC - LUMBERYARD - UTILITY DEPOSIT | $12,150.00 |
| 7.4. | AMORY WATER & ELECTRIC - UTILITY DEPOSIT | $20,000.00 |
| 7.5. | AMORY WATER & ELECTRIC - VANGUARD - UTILITY DEPOSIT | $3,000.00 |
| 7.6. | BELDEN - UTILITY DEPOSIT | $75,050.00 |
| 7.7. | CITY OF VERONA - 5346 RAYMOND AVE - UTILITY DEPOSIT | $75.00 |
| 7.8. | CITY OF VERONA - UTILITY DEPOSIT | $125.00 |
| 7.9. | COMMUNITY DEVELOPMENT - SECURITY DEPOSIT FOR 2112 SOUTH GREEN STREET, SUITE 500 | $10,682.29 |
| 7.10. | MONROE - LEASE SECURITY DEPOSIT | $6,026.95 |
| 7.11. | NETTLETON WATER DEPOSIT | $150.00 |
| 7.12. | OKOLONA ELECTRIC DEPARTMENT - METER 12179967 - UTILITY DEPOSIT | $700.00 |
| 7.13. | OKOLONA UTILITY DEPOSIT | $1,140.00 |
| 7.14. | ONE NATION - SECURITY DEPOSIT FOR 210 WEST MAIN ST, UNIT 201 | $850.00 |
| 7.15. | STEWARDSHIP WAREHOUSING & LOGISTICS, LLC - SECURITY DEPOSIT | $17,125.00 |
| 7.16. | TOMBIGBEE ELECTRIC POWER - 5346 RAYMOND AVE - UTILITY DEPOSIT | $100.00 |
| 7.17. | TOMBIGBEE ELECTRIC POWER - BELDEN 6 METERS - UTILITY DEPOSIT | $13,000.00 |
| 7.18. | TOMBIGBEE ELECTRIC POWER - NETTLETON - UTILITY DEPOSIT | $5,760.00 |
| 7.19. | TOMBIGBEE ELECTRIC POWER - UTILITY DEPOSIT | $100.00 |
| 7.20. | TOMBIGBEE ELECTRIC POWER - VERONA - UTILITY DEPOSIT | $160.00 |
| 7.21. | TUPELO WATER & LIGHT - BELDEN - UTILITY DEPOSIT | $5,000.00 |
| 7.22. | TUPELO WATER & LIGHT - VERONA - UTILITY DEPOSIT | $2,000.00 |
| 7.23. | VIETNAM SHOWROOM RENT DEPOSIT | $45,000.00 |
| 7.24. | WREN WATER DISTRICT INC. - UTILITY DEPOSIT | $100.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | PREPAID - U.S. BANK EQUIPMENT FINANCE - VAULT OFFICE | $957.65 |
| 8.2. | PREPAID BANK FEES - RENASANT | $193,902.32 |
| 8.3. | PREPAID INSURANCE - AURTHOR J GALLAGHER / CYBER | $29,614.86 |
| 8.4. | PREPAID LICENSE - EMAINT ENTERPRISES | $3,036.84 |
| 8.5. | PREPAID LICENSE - ENTERWORKS ACQUISITIONS | $37,826.09 |
| 8.6. | PREPAID LICENSE TRANSFER FEES - CLOVER, PRESTO, NEXUS PORTAL, CATAPULT, DOCU-MINT & WEBSMART | $8,648.76 |
| 8.7. | PREPAID SERVICES - AMP | $9,570.00 |
| 8.8. | PREPAID SERVICES - CDW DIRECT / SW NSA2700 SP ADVANCED EDITION | $2,025.55 |
| 8.9. | PREPAID SERVICES - CDW DIRECT/ DUO MFA EDITION | $8,225.28 |
| 8.10. | PREPAID SERVICES - CDW DIRECT-CDW200/ SUP ADVANCED EDITION | $5,940.99 |
| 8.11. | PREPAID SERVICES - CLEO COMMUNICATIONS | $21,168.00 |
| 8.12. | PREPAID SERVICES - CROWDSTRIKE FALCON | $54,116.96 |
| 8.13. | PREPAID SERVICES - FRESCHE SOLUTIONS / FORMTASTIC | $2,922.64 |
| 8.14. | PREPAID SERVICES - FRIEDMAN CORPORATION | $88,132.37 |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.15. | PREPAID SERVICES - INFRASCALE INC | $2,340.90 |
| 8.16. | PREPAID SERVICES - INOVITY / HONEYWELL SERVICE CONTRACT | $6,826.36 |
| 8.17. | PREPAID SERVICES - KRONOS | $12,927.34 |
| 8.18. | PREPAID SERVICES - MICROSOFT / ENTERPRISE APPLICATIONS & SERVERS | $4,324.50 |
| 8.19. | PREPAID SERVICES - TRIMECH COMPUTER MAINTENANCE SOLIDWORKS | $3,358.35 |
| 8.20. | PREPAID SERVICES - VEGAS HHG / LANE | $32,780.84 |
| 8.21. | PREPAID SERVICES - ZENDESK | $26,871.72 |
| 8.22. | PREPAID SERVICES/LICENSES - MICROSOFT / ENTERPRISE SERVERS - CLOUD | $11,718.40 |
| 8.23. | PREPAID SERVICES/SOFTWARE - ADO STOCK,CORP | $9,359.34 |
| 8.24. | PREPAID SOFTWARE - APPLIED SOFTWARE / CDW SERVICE ELITE | $1,221.26 |
| 8.25. | PREPAID SOFTWARE - APPLIED SOFTWARE-APP280/ | $71,823.35 |
| 8.26. | PREPAID SOFTWARE - FOREIGN TRADE ZONE | $33,060.00 |
| 8.27. | PREPAID SOFTWARE - ZOOM VIDEO | $34,082.89 |
| 8.28. | PREPAID SUBSCRIPTION - KIOWARE | $6,881.49 |
| 8.29. | PREPAID SUBSCRIPTION - ROCKET SOFTWARE / ALDON LIFE CYCLE MANAGER FOR IBM | $9,492.07 |
| **9** | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $955,956.36 |

**Part 3: ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | | | |
| Face Amount - 90 days or less | $29,270,719.00<br>face amount | - | $0.00<br>doubtful or uncollectable accounts | = | ➔ | $29,270,719.00 |
| Face Amount - Over 90 days | $2,380,850.95<br>face amount | - | $0.00<br>doubtful or uncollectable accounts | = | ➔ | $2,380,850.95 |

| | | |
|---|---|---|
| **12** | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $31,651,569.95 |

**Part 4: INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| 14.1. | 190 SHARES OF PRINCIPAL FINANCIAL GROUP STOCK | | UNKNOWN |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1. ASSOCIATED BUNK BED COMPANY | 100% | | UNKNOWN |
| 15.2. FW ACQUISITION, LLC | 100% | | UNKNOWN |
| 15.3. LS LOGISTICS, LLC | 100% | | UNKNOWN |
| 15.4. UFI EXPORTER, INC. | 100% | | UNKNOWN |
| 15.5. UFI TRANSPORTATION, LLC | 100% | | UNKNOWN |
| 15.6. UNITED FURNITURE INDUSTRIES CA INC. | 100% | | UNKNOWN |
| 15.7. UNITED FURNITURE INDUSTRIES NC LLC | 100% | | UNKNOWN |
| 15.8. UNITED WOOD PRODUCTS, INC. | 100% | | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. UNDETERMINED

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| 19.1. FABRIC KITS FOR UPHOLSTERY PRODUCTION | 8/8/2022 | $31,614,206.36 | NET BOOK VALUE | UNKNOWN |
| 19.2. RAW MATERIALS FOR UPHOLSTERY PRODUCTION | 8/8/2022 | $27,744,597.89 | NET BOOK VALUE | UNKNOWN |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. CASE GOODS, RUGS, AND MATTRESSES | 8/8/2022 | $24,127,424.58 | NET BOOK VALUE | UNKNOWN |
| 21.2. MANUFACTURED UPHOLSTERY | 8/8/2022 | $20,671,962.22 | NET BOOK VALUE | UNKNOWN |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. UNDETERMINED

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 6: FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

27. **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| **33 Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7: OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1. OFFICE FURNITURE | $1,482.34 | NET BOOK VALUE | UNKNOWN |
| **40. OFFICE FIXTURES** | | | |
| 40.1. LEASEHOLD IMPROVEMENTS - 101 WARREN STREET, OKOLONA MS 38860 | $136,786.01 | NET BOOK VALUE | UNKNOWN |
| 40.2. LEASEHOLD IMPROVEMENTS - 30016 HWY 278 WEST, NETTLETON, MS 38858 | $688,233.28 | NET BOOK VALUE | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. COMPUTER HARDWARE | $759,492.60 | NET BOOK VALUE | UNKNOWN |
| 41.2. COMPUTER SOFTWARE | $49,861.94 | NET BOOK VALUE | UNKNOWN |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. — UNDETERMINED

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8: MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. 1981 INTERNATIONAL DUMP TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.2. 1983 FORD F700 BOB TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.3. 1987 DODGE TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.4. 1995 CHEVY 3500 TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.5. 1996 4 DOOR JEEP LAREDO (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.6. 1997 FORD F150 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.7. 2 GOLF CARTS SER # AQ0226-163151 & AQ0226-0 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.8. 2 ROADWAY YARD TRUCKS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.9. 2000 FREIGHTLINER - VIN# 1FUYDSYB1YPF64120 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.10. 2001 CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.11. 2001 CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.12. 2001 CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.13. 2001 UTILITY - VIN# 1UYVS25301P203219 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.14. 2001 UTILITY - VIN# 1UYVS25311C489511 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.15. 2001 UTILITY - VIN# 1UYVS25321P489915 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.16. 2001 UTILITY - VIN# 1UYVS25361P489822 | $120.17 | NET BOOK VALUE | UNKNOWN |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.17. | 2001 UTILITY - VIN# 1UYVS25381P489921 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.18. | 2001 UTILITY - VIN# 1UYVS253X1C487207 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.19. | 2002 LUFKIN - VIN# 1L01A532821149590 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.20. | 2002 LUFKIN - VIN# 1L01A5328W1130642 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.21. | 2002 OTTAWA YT30 YARD MULE (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.22. | 2002 OTTAWA YT30 YARD MULE (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.23. | 2002 UTILITY - VIN# 1UYVS25372P741904 | $120.17 | NET BOOK VALUE | UNKNOWN |
| 47.24. | 2004 GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.25. | 2004 GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.26. | 2004 MARTIN GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.27. | 2004 MARTIN GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.28. | 2004 MARTIN GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.29. | 2007 CAR PRECEDENT PQ0735-GOLF CARTS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.30. | 2007 CHEVROLET TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.31. | 2007 INTERNATIONAL TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.32. | 2009 CLUB CAR GREEN (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.33. | 2014 UTILITY FLAT BED TRAILER - VIN# 1UYFS2533EA120106 | $2,456.00 | NET BOOK VALUE | UNKNOWN |
| 47.34. | 24V TOW TRACTOR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.35. | 24V TOW TRACTOR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.36. | 50 TRAILERS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.37. | 6 MAGLINE HAND TRUCKS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.38. | 6X10X20 EQUIPMENT TRAILER (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.39. | 72 WHEELERS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.40. | '97 NISSAN TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.41. | BBT TRAILER BUY OUT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.42. | BOGEY BOY GOLF CART | $1,513.30 | NET BOOK VALUE | UNKNOWN |
| 47.43. | BOGEY BOY GOLF CART | $1,513.30 | NET BOOK VALUE | UNKNOWN |
| 47.44. | BOGEY BOY GOLF CART | $1,513.30 | NET BOOK VALUE | UNKNOWN |
| 47.45. | BOGEY BOY GOLF CART | $1,513.30 | NET BOOK VALUE | UNKNOWN |
| 47.46. | BUY OUT OF TRAILERS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.47. | CLUB  CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.48. | CLUB CAR - AQ0603-593553 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.49. | CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.50. | CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.51. | CLUB CAR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.52. | CLUB CAR GOLF CART INV # 145115 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.53. | DUMP TRAILER | $14,523.81 | NET BOOK VALUE | UNKNOWN |
| 47.54. | ENCLOSED TRAILER 7*14 WHITE | $1,043.73 | NET BOOK VALUE | UNKNOWN |
| 47.55. | FLATBED TRAILER (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.56. | FORD F250-MAINT - VIN# 1FTBF2A64GEB29104 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.57. | FRIEGHTLINER INV # 81105TRK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.58. | GMC TOPKICK SPOT TRUCK - 1GDM7HIJ7PJ500479 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.59. | GOLF CART | $794.84 | NET BOOK VALUE | UNKNOWN |
| 47.60. | GOLF CART | $825.41 | NET BOOK VALUE | UNKNOWN |
| 47.61. | GOLF CART | $825.41 | NET BOOK VALUE | UNKNOWN |
| 47.62. | GOLF CART | $825.41 | NET BOOK VALUE | UNKNOWN |
| 47.63. | GOLF CART | $2,468.47 | NET BOOK VALUE | UNKNOWN |
| 47.64. | GOLF CART | $3,133.01 | NET BOOK VALUE | UNKNOWN |
| 47.65. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.66. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.67. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.68. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.69. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.70. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.71. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.72. | GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.73. | GOLF CART AMORY SERIAL # AQ0623-634435 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.74. | GOLF CART FOR OKOLONA (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.75. | GOLF CART- SECURITY WARREN SERIAL # A8912168846 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.76. | GOLF CART SERIAL # AQ0548-574872 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.77. | GOLF CART SERIAL # AQ0826-915373 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.78. | GOLF CART SERIAL # AQ0826-915374 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.79. | GOLF CART WARREN SERIAL # A9926-774493 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.80. | GOLF CART- WARREN SERIAL # AA0352-355774 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.81. | GOLF CART WARREN SERIAL # AQ0527-518692 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.82. | GOLF CART WARREN SERIAL # AQ0623-634462 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.83. | GOLF CART WREN SERIAL # AC0149-098975 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.84. | GOLF CARTS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.85. | GREAT DANE TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.86. | GREAT DANE TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.87. | GREAT DANE TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.88. | GREAT DANE TRAILER VIN# 1GRAA0625PB108807 | $390.54 | NET BOOK VALUE | UNKNOWN |
| 47.89. | H&H TRAILER | $540.75 | NET BOOK VALUE | UNKNOWN |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.90. | H&H TRAILER | $274.67 | NET BOOK VALUE | UNKNOWN |
| 47.91. | HYUNDAI TRAILER VIN# 3H3V532C5ST001945 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.92. | JOHN DEERE DOZER | $11,123.25 | NET BOOK VALUE | UNKNOWN |
| 47.93. | JOHN DEERE GATOR | $6,821.24 | NET BOOK VALUE | UNKNOWN |
| 47.94. | JOHN DEERE GATOR | $5,753.59 | NET BOOK VALUE | UNKNOWN |
| 47.95. | JOHN DEERE GATOR | $6,796.79 | NET BOOK VALUE | UNKNOWN |
| 47.96. | JOHN DEERE GATOR (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.97. | LOWBOY TRAILER (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.98. | MAGLINE HAND TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.99. | MATERIAL HANDLER GOLF CART W/ TALL MAST (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.100. | MATERIAL HANDLIER GOLF CART W/TALL MAST (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.101. | MATERIAL HANDLIER GOLF CART W/TALL MAST (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.102. | NEW-2016 F150 - VIN# 1FTMF1CF7GKD4909 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.103. | ONE CLUB CART -GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.104. | OVERHAUL 1980 INTL (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.105. | REFURBISH BOBTRUCK | $151.94 | NET BOOK VALUE | UNKNOWN |
| 47.106. | REFURBISH TRUCK ASSET 2412 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.107. | SEMI TRUCK -1304 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.108. | SIX PASSENGER GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.109. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.110. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.111. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.112. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.113. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.114. | SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.115. | SPOT TRUCK -`1987 MODEL TJ 4 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.116. | TRACTOR - VIN 405388 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.117. | TRAILER | $4,540.25 | NET BOOK VALUE | UNKNOWN |
| 47.118. | TRAILER INV # 090205TRL (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.119. | TRAILERS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.120. | TRAILERS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.121. | TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.122. | TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.123. | TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.124. | TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.125. | TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.126. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.127. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.128. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.129. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.130. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.131. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.132. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.133. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.134. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.135. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.136. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.137. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.138. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.139. TRAILERS PRCHASED FROM BBT (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.140. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.141. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.142. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.143. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.144. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.145. TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.146. TWO 2007 CAR PRECEDENT PQ0735-GOLF CARTS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.147. TWO REACH TRUCKS FOR UWP (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.148. TWO TOYOTA REACH TRUCKS - 31142 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.149. USED CLUB GOLF CART (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.150. USED SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.151. USED TRUCK SN-1GBGC24R2YF404733 - VIN# 1GBGC24R2YF404733 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.152. VAN TRAILER GREAT DANE 1987 (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.153. VOLVO TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.154. WABASH DURA TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.155. WABASH DURA TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.156. WABASH DURA TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.157. | WABASH TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.158. | WABASH TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.159. | WABASH TRAILER | $68.67 | NET BOOK VALUE | UNKNOWN |
| 47.160. | WABASH TRAILER - VIN# 1JJV532U2SL43682 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.161. | WABASH TRAILER - VIN# 1JJV532U3VL416033 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.162. | WABASH TRAILER - VIN# 1JJV532U5RL212209 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.163. | WABASH TRAILER - VIN# 1JJV532W1XF614340 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.164. | WABASH TRAILER - VIN# 1JJV532W6YF614433 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.165. | WABASH TRAILER - VIN# 1JJV532W7XL593351 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.166. | WABASH TRAILER - VIN# 1JJV532W9YF614426 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.167. | WABASH TRAILER - VIN# 1JJV532WXXF614384 | $420.58 | NET BOOK VALUE | UNKNOWN |
| 47.168. | WAGONS (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| 47.169. | WHITE SPOT TRUCK (FULLY DEPRECIATED) | $0.00 | NET BOOK VALUE | UNKNOWN |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | MACHINERY AND EQUIPMENT | $3,402,870.74 | NET BOOK VALUE | UNKNOWN |
| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | UNDETERMINED |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | APARTMENT; 210 WEST MAIN ST, UNIT 201, TUPELO, MS 38801 | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.2. | BUILDING - INVENTORY STORAGE FACILITY; 2112 SOUTH GREEN STREET, SUITE 100 AND 200, TUPELO, MS 38801 | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.3. | BUILDING - INVENTORY STORAGE FACILITY; 2112 SOUTH GREEN STREET, SUITE 400 AND ADJOINING EXPANSION SPACE, TUPELO, MS 38801 | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.4. | BUILDING - INVENTORY STORAGE FACILITY; 2112 SOUTH GREEN STREET, SUITE 500 AND ADJOINING EXPANSION SPACE, TUPELO, MS 38801 | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.5. | BUILDING; WAREHOUSE; 101 WARREN STREET, OKOLONA MS 38860; CHICKASAW COUNTY | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.6. | BUILDING; WAREHOUSE; 30440 OLD HWY 41, NETTLETON MS 38858; MONROE COUNTY | OWN | $3,416,111.13 | NET BOOK VALUE | UNKNOWN |
| 55.7. | GROUND LEASE FOR TRAILER PARKING IN AMORY | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.8. | LAND AND BUIDING - BELDEN; WAREHOUSE/PRODUCTION FACILITY; 3301 ADAMS FARM RD, BELDEN, MS 38826, LEE COUNTY | OWN | $5,404,780.29 | NET BOOK VALUE | UNKNOWN |
| 55.9. | LAND AND BUILDING - HATLEY; WAREHOUSE; 61312 HWY 278 EAST, ARMORY MS, 38821 | OWN | $72,432.51 | NET BOOK VALUE | UNKNOWN |
| 55.10. | LAND AND BUILDING - NETTLETON; PRODUCTION FACILITY; 389 HWY 6 EAST, NETTLETON, MS 38858; MONROE COUNTY | OWN | $2,462,954.79 | NET BOOK VALUE | UNKNOWN |
| 55.11. | LAND AND BUILDING - OKOLONA; PRODUCTION FACILITY; 431 HIGHWAY 41 EAST, OKLONA, MS 38860; CHICKASAW COUNTY | OWN | $3,132,331.41 | NET BOOK VALUE | UNKNOWN |
| 55.12. | LAND AND BUILDING - PARKHILL; PRODUCTION FACILITY; 60063 PUCKETT DR, AMORY, MS 38821; MONROE COUNTY | OWN | $1,562,734.54 | NET BOOK VALUE | UNKNOWN |
| 55.13. | LAND AND BUILDING - PARKHILL; WAREHOUSE; 60006 INDUSTRIAL DR, AMORY, MS 38821; MONROE COUNTY | OWN | $0.00 | NET BOOK VALUE | UNKNOWN |
| 55.14. | LAND AND BUILDING - VERONA; WAREHOUSE; 5380 HWY 145 SOUTH, TUPELO, MS 38801; LEE COUNTY | OWN | $2,042,670.35 | NET BOOK VALUE | UNKNOWN |
| 55.15. | LAND AND BUILDING - WREN; WAREHOUSE; 30016 HWY 278 WEST, NETTLETON, MS 38858; MONROE COUNTY | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |
| 55.16. | LAND AND BUILDING; 311 MARTIN LUTHER KING DR, AMORY, MS 38821, MONROE COUNTY | OWN | $702,509.80 | NET BOOK VALUE | UNKNOWN |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.17. | SUITE 106/1 BINH QUOI B AREA, BINH CHUAN WARD, THUAN AN TOWN, DUONG PROVINCE, VIETNAM | REAL PROPERTY LEASE | UNDETERMINED | NET BOOK VALUE | UNKNOWN |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. UNDETERMINED

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | WWW.ACTIONBYLANE.COM | UNKNOWN | | UNKNOWN |
| 61.2. | WWW.ACTIONBYLANE.NET | UNKNOWN | | UNKNOWN |
| 61.3. | WWW.ACTIONFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.4. | WWW.ACTION-FURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.5. | WWW.ACTIONFURNITURE.NET | UNKNOWN | | UNKNOWN |
| 61.6. | WWW.ACTION-FURNITURE.NET | UNKNOWN | | UNKNOWN |
| 61.7. | WWW.ACTIONFURNITUREBYLANE.COM | UNKNOWN | | UNKNOWN |
| 61.8. | WWW.ACTIONFURNITUREBYLANE.NET | UNKNOWN | | UNKNOWN |
| 61.9. | WWW.ACTIONLANE.COM | UNKNOWN | | UNKNOWN |
| 61.10. | WWW.ACTION-LANE.COM | UNKNOWN | | UNKNOWN |
| 61.11. | WWW.ACTION-LANE.NET | UNKNOWN | | UNKNOWN |
| 61.12. | WWW.DRIVE4UFIT.COM | UNKNOWN | | UNKNOWN |
| 61.13. | WWW.ENTERTAINWITHLANE.COM | UNKNOWN | | UNKNOWN |
| 61.14. | WWW.EXPERIENCELANE.COM | UNKNOWN | | UNKNOWN |
| 61.15. | WWW.FOLLOWMETOLANE.COM | UNKNOWN | | UNKNOWN |
| 61.16. | WWW.FURNITUREJOBSTODAY.COM | UNKNOWN | | UNKNOWN |
| 61.17. | WWW.FURNITUREWOODINC.COM | UNKNOWN | | UNKNOWN |
| 61.18. | WWW.GOLANEFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.19. | WWW.GOUFI.COM | UNKNOWN | | UNKNOWN |
| 61.20. | WWW.GOUFI.NET | UNKNOWN | | UNKNOWN |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.21. | WWW.KICKOFFWITHLANE.COM | UNKNOWN | | UNKNOWN |
| 61.22. | WWW.LANEACCEPTANCE.COM | UNKNOWN | | UNKNOWN |
| 61.23. | WWW.LANEACCEPTANCE.NET | UNKNOWN | | UNKNOWN |
| 61.24. | WWW.LANEACTION.COM | UNKNOWN | | UNKNOWN |
| 61.25. | WWW.LANE-ACTION.COM | UNKNOWN | | UNKNOWN |
| 61.26. | WWW.LANE-ACTION.NET | UNKNOWN | | UNKNOWN |
| 61.27. | WWW.LANEATLANTA.COM | UNKNOWN | | UNKNOWN |
| 61.28. | WWW.LANEBRAND.COM | UNKNOWN | | UNKNOWN |
| 61.29. | WWW.LANECAREERS.COM | UNKNOWN | | UNKNOWN |
| 61.30. | WWW.LANECEDARCHEST.COM | UNKNOWN | | UNKNOWN |
| 61.31. | WWW.LANECEDARCHEST.NET | UNKNOWN | | UNKNOWN |
| 61.32. | WWW.LANECEDARCHESTS.COM | UNKNOWN | | UNKNOWN |
| 61.33. | WWW.LANECEDARCHESTS.NET | UNKNOWN | | UNKNOWN |
| 61.34. | WWW.LANECOMFORT.COM | UNKNOWN | | UNKNOWN |
| 61.35. | WWW.LANECONTRACT.COM | UNKNOWN | | UNKNOWN |
| 61.36. | WWW.LANECOUPON.COM | UNKNOWN | | UNKNOWN |
| 61.37. | WWW.LANEENTERTAINMENT.COM | UNKNOWN | | UNKNOWN |
| 61.38. | WWW.LANE-EXPRESS.COM | UNKNOWN | | UNKNOWN |
| 61.39. | WWW.LANEEXPRESS.NET | UNKNOWN | | UNKNOWN |
| 61.40. | WWW.LANEEXPRESS.US | UNKNOWN | | UNKNOWN |
| 61.41. | WWW.LANEFURN.COM | UNKNOWN | | UNKNOWN |
| 61.42. | WWW.LANEFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.43. | WWW.LANE-FURNITURE-CALGARY.COM | UNKNOWN | | UNKNOWN |
| 61.44. | WWW.LANEFURNITUREIND.COM | UNKNOWN | | UNKNOWN |
| 61.45. | WWW.LANEFURNITUREIND.NET | UNKNOWN | | UNKNOWN |
| 61.46. | WWW.LANEGAME.COM | UNKNOWN | | UNKNOWN |
| 61.47. | WWW.LANEHOMEFURN.COM | UNKNOWN | | UNKNOWN |
| 61.48. | WWW.LANEHOMEFURNISHINGS.COM | UNKNOWN | | UNKNOWN |
| 61.49. | WWW.LANEINFORMATION.COM | UNKNOWN | | UNKNOWN |
| 61.50. | WWW.LANEKIDSFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.51. | WWW.LANELIFTCHAIR.COM | UNKNOWN | | UNKNOWN |
| 61.52. | WWW.LANE-LIFT-CHAIR.COM | UNKNOWN | | UNKNOWN |
| 61.53. | WWW.LANELIFTCHAIR.NET | UNKNOWN | | UNKNOWN |
| 61.54. | WWW.LANELIFTSOFA.COM | UNKNOWN | | UNKNOWN |
| 61.55. | WWW.LANELINK.COM | UNKNOWN | | UNKNOWN |
| 61.56. | WWW.LANELOADS.COM | UNKNOWN | | UNKNOWN |
| 61.57. | WWW.LANEOLOGY.COM | UNKNOWN | | UNKNOWN |
| 61.58. | WWW.LANEOUTDOOR.COM | UNKNOWN | | UNKNOWN |
| 61.59. | WWW.LANEOUTLET.COM | UNKNOWN | | UNKNOWN |
| 61.60. | WWW.LANEREACH.COM | UNKNOWN | | UNKNOWN |
| 61.61. | WWW.LANERECLINERFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.62. | WWW.LANESECTIONALS.COM | UNKNOWN | | UNKNOWN |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.63. | WWW.LANESPERFECTRECIPE.COM | UNKNOWN | | UNKNOWN |
| 61.64. | WWW.LANEZEROGRAVITY.COM | UNKNOWN | | UNKNOWN |
| 61.65. | WWW.LANEZEROGRAVITY.INFO | UNKNOWN | | UNKNOWN |
| 61.66. | WWW.LANEZEROGRAVITY.NET | UNKNOWN | | UNKNOWN |
| 61.67. | WWW.LANEZEROGRAVITY.ORG | UNKNOWN | | UNKNOWN |
| 61.68. | WWW.LANEZEROGRAVITY.US | UNKNOWN | | UNKNOWN |
| 61.69. | WWW.LSLOGISTICS.ONLINE | UNKNOWN | | UNKNOWN |
| 61.70. | WWW.LSLOGISTICS.ORG | UNKNOWN | | UNKNOWN |
| 61.71. | WWW.MYLANETEAM.COM | UNKNOWN | | UNKNOWN |
| 61.72. | WWW.NEWVISIONSBYLANE.COM | UNKNOWN | | UNKNOWN |
| 61.73. | WWW.RECLINEWITHLANE.COM | UNKNOWN | | UNKNOWN |
| 61.74. | WWW.ROYAL-LANE.COM | UNKNOWN | | UNKNOWN |
| 61.75. | WWW.ROYALMETALSSTAMPING.COM | UNKNOWN | | UNKNOWN |
| 61.76. | WWW.ROYALMETALSTAMPING.COM | UNKNOWN | | UNKNOWN |
| 61.77. | WWW.ROYALMETALSTAMPING.NET | UNKNOWN | | UNKNOWN |
| 61.78. | WWW.ROYALSTAMPING.NET | UNKNOWN | | UNKNOWN |
| 61.79. | WWW.TRABAJODEMUEBLERIA.COM | UNKNOWN | | UNKNOWN |
| 61.80. | WWW.TRABAJODEMUEBLESHOY.COM | UNKNOWN | | UNKNOWN |
| 61.81. | WWW.UFI.EXPRESS | UNKNOWN | | UNKNOWN |
| 61.82. | WWW.UFI.FURNITURE | UNKNOWN | | UNKNOWN |
| 61.83. | WWW.UFIFURNITURE.COM | UNKNOWN | | UNKNOWN |
| 61.84. | WWW.UFIFURNITURE.NET | UNKNOWN | | UNKNOWN |
| 61.85. | WWW.UFIJOBS.COM | UNKNOWN | | UNKNOWN |
| 61.86. | WWW.UFILOADS.COM | UNKNOWN | | UNKNOWN |
| 61.87. | WWW.UFINET.NET | UNKNOWN | | UNKNOWN |
| 61.88. | WWW.UFISALES.COM | UNKNOWN | | UNKNOWN |
| 61.89. | WWW.UFISHIP.COM | UNKNOWN | | UNKNOWN |
| 61.90. | WWW.UFIT.EXPRESS | UNKNOWN | | UNKNOWN |
| 61.91. | WWW.UFITRANSPORTATION.COM | UNKNOWN | | UNKNOWN |
| 61.92. | WWW.UFITRUCK.COM | UNKNOWN | | UNKNOWN |
| 61.93. | WWW.UNITEDFURNITURE.INDUSTRIES | UNKNOWN | | UNKNOWN |
| 61.94. | WWW.UNITEDFURNITUREINDUSTRIES.COM | UNKNOWN | | UNKNOWN |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: ALL OTHER ASSETS

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**NONE**

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.1. | FEDERAL TAX REFUND | Tax year | 2021 | $39,803.00 |
| 72.2. | STATE TAX REFUND - GEORGIA | Tax year | 2021 | $6,498.00 |
| 72.3. | STATE TAX REFUND - IDAHO | Tax year | 2021 | $313.00 |
| 72.4. | STATE TAX REFUND - ILLINOIS | Tax year | 2021 | $5,726.00 |
| 72.5. | STATE TAX REFUND - IOWA | Tax year | 2021 | $608.00 |
| 72.6. | STATE TAX REFUND - KENTUCKY | Tax year | 2021 | $8,743.00 |
| 72.7. | STATE TAX REFUND - LOUSIANA | Tax year | 2021 | $26.00 |
| 72.8. | STATE TAX REFUND - MINNESOTA | Tax year | 2021 | $647.00 |
| 72.9. | STATE TAX REFUND - MISSISSIPPI | Tax year | 2021 | $217,722.00 |
| 72.10. | STATE TAX REFUND - NEW HAMPSHIRE | Tax year | 2021 | $859.00 |
| 72.11. | STATE TAX REFUND - OKLAHOMA | Tax year | 2021 | $574.00 |
| 72.12. | STATE TAX REFUND - SOUTH CAROLINA FRANCHISE | Tax year | 2021 | $37.00 |
| 72.13. | STATE TAX REFUND - STATE TAX REFUND - COLORADO S-CORP W/H | Tax year | 2021 | $6,350.00 |
| 72.14. | STATE TAX REFUND - TEXAS FRANCHISE | Tax year | 2021 | $15,670.27 |
| 72.15. | STATE TAX REFUND - VERMONT | Tax year | 2021 | $60.00 |
| 72.16. | STATE TAX REFUND - WISCONSIN | Tax year | 2021 | $64.00 |

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**NONE**

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**NONE**

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

Current value of debtor's interest

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

75.1. UNITED FURNITURE V. JAY QUIMBY AND MAN WAH (USA) INC. AS DEFENDANTS AND COUNTERPLAINTIFFS — UNKNOWN

**Nature of claim** BREACH OF EMPLOYMENT AGREEMENT

**Amount requested** UNDETERMINED

75.2. UNITED FURNITURE V. USA — UNKNOWN

**Nature of claim** TARIFF DISPUTE

**Amount requested** UNDETERMINED

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**NONE**

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | | |
|---|---|---|
| 77.1. | BILLING ERROR REFUND RECEIVABLE - STAGE CAPITAL | $42,058.00 |
| 77.2. | PREPAID COMMISSIONS RECEIVABLE FROM ANDREW WHITE, SALES REP | $158,584.44 |
| 77.3. | PREPAID COMMISSIONS RECEIVABLE FROM BENJAMIN CROWDER, SALES REP | $42,711.30 |
| 77.4. | PREPAID COMMISSIONS RECEIVABLE FROM JUSTIN CRAWLEY, SALES REP | $112,627.98 |
| 77.5. | PREPAID COMMISSIONS RECEIVABLE FROM MATT SCHWARTZ, SALES REP | $35,739.44 |
| 77.6. | PREPAID COMMISSIONS RECEIVABLE FROM PATRICK O'MALLEY, SALES REP | $116,739.44 |
| 77.7. | PREPAID COMMISSIONS RECEIVABLE FROM RICH FUSCO, SALES REP | $143,166.88 |
| 77.8. | PREPAID COMMISSIONS RECEIVABLE FROM RUSS MOODY, SALES REP | $152,146.76 |
| 77.9. | REFUND RECEIVABLE - ZIM INTEGRATED UD DISCOUNTS | $109,800.00 |

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. — $1,217,274.51

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $213.79 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $955,956.36 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $31,651,569.95 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | UNDETERMINED | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |

| | | | | |
|---|---|---|---|---|
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . ➔ | | UNDETERMINED | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,217,274.51 | | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $33,825,014.61 | + 91b. UNDETERMINED | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . | | | $33,825,014.61 |