**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 22-13422-SDM** |
| | ) |
| **UNITED FURNITURE INDUSTRIES, INC., et al.** | ) **Chapter 11** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |

### AGREED INTERIM ORDER GRANTING AMERICAN TRAILER RENTAL GROUP, LLC RELIEF FROM AUTOMATIC STAY WITH RESPECT TO, AND ABANDONING THE ESTATE'S INTEREST IN CERTAIN TRAILERS

This matter came before the Court upon the Motion of American Trailer Rental Group, LLC, doing business as B&W Trailer Rentals ("ATRG") for relief from the automatic stay of Section 362 of Title 11 of the United States Code (the "Bankruptcy Code") to recover 153 trailers [Doc. 61] (the "Motion") owned by ATRG and leased to the Debtors.  ATRG represented to the Court that it served the motion in accordance with all applicable rules. Through an agreed order, the deadline of Derek Henderson, Chapter 11 Trustee (the "Trustee") for the above-captioned debtors (the "Debtors"), to respond to the Motion was extended to February 28, 2023 and the hearing date was rescheduled to March 14, 2023 at 10:00 a.m. CST [Doc. 124]. Subsequently, the Trustee allowed ATRG to enter upon the Debtor's premises to locate and assess the trailers. ATRG

located 145 of its 153 trailers, of which 113 were loaded with property of the Debtors' estate (the "Estate") and 32 were empty. ATRG and the Trustee came to an agreement for partial relief from the automatic stay for the 32 empty trailers and the Court entered an agreed order approving that agreement on February 24, 2023 [Doc. 211] (the "February 24th Order").  The Trustee and ATRG have reached an agreement concerning the relief requested in the Motion with respect to the remaining 121 trailers not addressed by the February 24th Order, a list of which trailers is attached hereto as Exhibit "A" (the "Trailers").  Accordingly, the Motion is granted as follows:

IT IS THEREFORE ORDERED and ADJUDGED that effective upon and as of the date that the Trustee provides ATRG written notice that any of the Trailers have been unloaded and no longer contain property of the Estate (the "Effective Date"): (i) the automatic stay of Section 362 of the Bankruptcy Code shall be lifted as to each Trailer referenced in such notice (an "Affected Trailer") and ATRG (upon prior arrangement with the Trustee or his agents) shall be entitled to enter onto the Debtors' premises and recover such Affected Trailer(s) and to thereafter take any action with respect to such Affected Trailer(s), including to immediately sell, re-let, or otherwise dispose of such Affected Trailer(s); (ii) the lease agreement(s) between ATRG and the Debtor in in respect of such Affected Trailer(s) shall be deemed rejected; and (iii) the Trustee shall be deemed to have abandoned the Estate's interest in such Affected Trailer(s).

IT IS FURTHER ORDERED and ADJUDGED that the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and does not apply to the relief granted herein as to each Affected Trailer.

IT IS FURTHER ORDERED and ADJUDGED that ATRG shall be entitled to an administrative expense priority claim pursuant to Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for rent accruing under each lease for each of the Trailers (the "Leases") at the

2

rental rates set forth in such Leases during the period from January 27, 2023 through March 31, 2023, in the amount of $34,366.08. Commencing with the rent payment coming due on April 1, 2023, the Trustee shall resume paying all rent coming due under the Leases in respect of the Trailers and shall continue such payments on the first day of each month thereafter until the Effective Date on which each Trailer becomes an Affected Trailer. If no Trailers become Affected Trailers by April 1, 2023, the Trustee will pay ATRG $16,109.10 on that date, which is the monthly rent for all of the Trailers.

IT IS FURTHER ORDERED and ADJUDGED that nothing herein shall effect or impair ATRG's rights with respect to its prepetition claims against the Debtors or the Estate arising under the Leases or otherwise, or ATRG's rights with respect to any Trailer(s) for which an Effective Date does not occur because the Trustee is unable to locate such Trailer(s). All such rights of ATRG are expressly reserved.

**##END OF ORDER##**

Prepared and Submitted for Entry By:        Agreed to By:


*/s/Eric F. Hatten*                                */s/Derek A. Henderson*
Eric F. Hatten (MSB #10428)                 Derek A. Henderson (MSB #2260)
David S. Humphreys (MSB #100085)       1765-A Lelia Drive, Suite 103
**CARSON LAW GROUP, PLLC**           Jackson, MS 39216
Capital Towers                             Telephone: (601) 948-3167
125 South Congress Street, Suite 1336    Email: derek@hendersonlaw.com
Jackson, Mississippi 39201
Telephone: (601) 351-9831
Facsimile: (601) 510-9056
Email: ehatten@thecarsonlawgroup.com
         dhumphreys@thecarsonlawgroup.com

3

**EXHIBIT "A"**

| Serial number | Vin No. | Title No. |
|---|---|---|
| 21622S-BW | 1JJV532T6VL424053 | 222510080031 |
| 3265S-BW | 1GRAA06291S000276 | 221600080360 |
| 2722A3-BW | 1GRAA06257J621223 | 221990080121 |
| 35658B-BW | 1PNR532N0PGB74052 | 222580080164 |
| 25972S-BW | 1PT01JAH2X6006350 | 221950080123 |
| 935383B-BW | 1PTG1JAH4S6000105 | 221320080245 |
| 8101S-BW | 1PNV532BXXH223995 | 221160080053 |
| 53853R-BW | 1PNV532B0YG313468 | 222430080050 |
| 3581R-BW | 1PT01JAH116005844 | 221930080061 |
| 3328S-BW | 1UYVS25321C481336 | 222010080221 |
| 21781S-BW | 1JJV532W2WL492281 | 221870080132 |
| 35743B-BW | 1GRAA0629PB026319 | 222580080092 |
| 5020B-BW | 1PT011AH5E9010999 | 221460080217 |
| 54380R-BW | 1PT01JAH126004873 | 222520080126 |
| 532999B-BW | 1PNV532B4XH221997 | 221520080097 |
| 1496B-BW | 1GRAA06291S001718 | 221790080064 |
| 967214B-BW | 1PT01JAH6T6000304 | 221030080317 |
| 8827S-BW | 1DW1A5322XS284414 | 221150080174 |
| 7891S-BW | 1DTV11529TA252189 | 221230080073 |
| 6442R-BW | 1S12E95342B47697B | 222580080176 |
| 535202B-BW | 1JJV532W3YL631790 | 222620080196 |
| 533772B-BW | 1DTV11522WA262504 | 222620080035 |
| 533766B-BW | 1DTV11520WA262498 | 222620080045 |
| 533347B-BW | 1PNV532B8XG312891 | 222620080092 |
| 533190B-BW | 1PNV532BXXG311807 | 221520080162 |
| 53292-BW | 1PTG1JAH7S6004584 | 221520080206 |
| 532881B-BW | 1JJV532W9WL492407 | 221520080038 |
| 532870B-BW | 1JJV532W8WL492396 | 221520080036 |

4

| | | |
|---|---|---|
| 532822B-BW | 1JJV532W8WL492348 | 221520080030 |
| 532793B-BW | 1JJV532W1WL492319 | 221600080094 |
| 532784B-BW | 1JJV532W52L492310 | 221600080079 |
| 532778B-BW | 1JJV532WXWL492304 | 221600080105 |
| 532768B-BW | 1JJV532W0WL492294 | 221600080109 |
| 532692B-BW | 1JJV532W6WL492218 | 221600080206 |
| 532694B-BW | 1JJV532W4WL492220 | 221600080204 |
| 532685B-BW | 1JJV532W3WL492211 | 221600080211 |
| 532676B-BW | 1JJV532W2WL492202 | 221600080077 |
| 532656B-BW | 1JJV532W0WL492182 | 221600080232 |
| 532652B-BW | 1DTV1152XWA265411 | 221600080240 |
| 532648B-BW | 1DTV1152XWA265408 | 221600080249 |
| 532645B-BW | 1DTV11524WA265405 | 221600080251 |
| 532637B-BW | 1DTV11529WA265397 | 221600080283 |
| 532635B-BW | 1DTV11525WA265395 | 221600080281 |
| 532626B-BW | 1DTV11524WA265386 | 221600080276 |
| 532623B-BW | 1DTV11529WA265383 | 221600080273 |
| 532618B-BW | 1DTV11525WA265378 | 221600080269 |
| 532611B-BW | 1DTV11522WA265371 | 221600080266 |
| 532608B-BW | 1DTV11522WA265368 | 221600080263 |
| 532589B-BW | 1DTV11529WA265349 | 221600080235 |
| 532572B-BW | 1DTV11523WA265332 | 221600080193 |
| 532564B-BW | 1DTV11524WA265324 | 221600080252 |
| 532560B-BW | 1DTV11527WA265320 | 221600080254 |
| 532556B-BW | 1DTV11525WA265316 | 221600080258 |
| 532554B-BW | 1DTV11521WA265314 | 221600080260 |
| 532528B-BW | 1DTV11524WA265288 | 221600080272 |
| 532535B-BW | 1DTV11521WA265295 | 221600080290 |
| 532530B-BW | 1DTV11522WA265290 | 221600080275 |
| 532525B-BW | 1DTV11529WA265285 | 221600080261 |

| | | |
|---|---|---|
| 532516B-BW | 1DTV11528WA265276 | 221600080280 |
| 532513B-BW | 1DTV11522WA265273 | 222230080054 |
| 532503B-BW | 1DTV1152XWA265263 | 222230080058 |
| 532501B-BW | 1DTV11526WA265261 | 222230080061 |
| 532494B-BW | 1DTV11529WA265254 | 222230080070 |
| 532487B-BW | 1DTV11521WA265247 | 222230080143 |
| 532483B-BW | 1DTV11524WA265243 | 222230080145 |
| 532482B-BW | 1DTV11522WA265242 | 222230080148 |
| 532481B-BW | 1DTV11520WA265241 | 222230080149 |
| 532480B-BW | 1DTV11529WA265240 | 222230080215 |
| 532473B-BW | 1DTV11521WA265233 | 222230080217 |
| 532466B-BW | 1DTV11524WA265226 | 222230080222 |
| 532465B-BW | 1DTV11522WA265225 | 222230080228 |
| 532464B-BW | 1DTV11520WA265224 | 222230080233 |
| 532456B-BW | 1DTV11521WA265216 | 222230080264 |
| 532455B-BW | 1DTV1152XWA265215 | 222230080267 |
| 532453B-BW | 1DTV11526WA265213 | 222230080269 |
| 532452B-BW | 1DTV11524WA265212 | 222230080272 |
| 532354B-BW | 1JJV532TBVL424202 | 222230080270 |
| 532212B-BW | 1JJV532T3VL424060 | 222240080010 |
| 531871B-BW | 1DTV1152XVA25402L | 221600080167 |
| 531327B-BW | 1DTV11527SA237298 | 221600080134 |
| 531088B-BW | 1S12E8535SD384357 | 222270080061 |
| 53066B-BW | 1PTG1JAH2R9002914 | 222270080134 |
| 53004B-BW | 1H2V05322LE009829 | 221440080109 |
| 3977S-BW | 1JJV532F5WF447768 | 222440080020 |
| 39213B-BW | 1GRAA06201T003349 | 222000080183 |
| 3811S-BW | 1JJV532F1WF447752 | 221940080016 |
| 3694S-BW | 1JJV532F5WF447740 | 222000080136 |
| 3683S-BW | 1JJV532F9WF447739 | 222000080144 |
| 312407B-BW | 1DW1A53251B492407 | 221240080204 |

76738058v5

| | | |
|---|---|---|
| 29064B-BW | 1S12E9534XD444240 | 222360080276 |
| 534044B-BW | 1DTV11522WA262776 | 222620080239 |
| 300119B-BW | 1GRAA0624YS060119 | 221400080076 |
| 28280B-BW | 1S12E9532XD443846 | 222360080300 |
| 28218S-BW | 1S12E9536XD443784 | 222360080304 |
| 25393B-BW | 1L01A5326Y1145112 | 222550080022 |
| 2335S-BW | 1JJV532T5VL424223 | 222630080082 |
| 2182S-BW | 1S12E8533SD384387 | 222450080022 |
| 2178S-BW | 1S12E8534SD384303 | 221870080077 |
| 2132S-BW | 1S12E8530SD384380 | 222620080031 |
| 1832R-BW | 1S12E95332E491083 | 222350080183 |
| 1711S-BW | 1DTV11528TA252118 | 222420080019 |
| 1695S-BW | 1S12E8536SD384447 | 222420080049 |
| 1547R-BW | 1S12E95322E476963 | 222640080171 |
| 1542R-BW | 1S12E95362E476965 | 222640080175 |
| 1532R-BW | 1S12E95352E476990 | 222640080185 |
| 1234R-BW | 1S12E95302E476945 | 222360080009 |
| 1231R-BW | 1S12B95332E491049 | 222360080014 |
| 532553B-BW | 1DTV1152XWA265313 | 221600080262 |
| 531310B-BW | 1DTV11521SA237281 | 222240080034 |
| 967207B-BW | 1PT01JAH8T6000319 | 221030080332 |
| 9343B-BW | 1H2V05327TE064843 | 221320080096 |
| 532763B-BW | 1JJV532W7WL492289 | 221600080111 |
| 53654B-BW | 1PT01JAH9W6001631 | 222620080093 |
| 40341S-BW | 1S12E95391S470335 | 222000080171 |
| 531489-BW | 1DTV11520TA251996 | 221600080139 |
| 40019S-BW | 1DW1A53231S458434 | 222000080066 |
| 30227S-BW | 1S12E9536XD449276 | 221440080114 |
| 2849S-BW | 1JJV59PU2VL416203 | 222360080290 |
| 1435B-BW | 1S12E9531VE424793 | 221860080029 |

| 24281S-BW | 1S12E9534XE438027 | 222520080186 |
| 532591B-BW | 1DTV11527WA265351 | 221600080237 |

76738058v5