IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED FURNITURE INDUSTRIES, INC., *et al.*[1] | ) Case No. 22-13422-SDM |
| | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |

### CERTIFICATE OF NO OBJECTION

COMES NOW Stewart Robbins Brown & Altazan, LLC ("**SRBA**") counsel for the Official Committee of Unsecured Creditors in the above referenced bankruptcy case, and files this *Certificate of No Objection to SRBA's First Monthly Fee Statement Incurred for the Period Ending April 30, 2023* ("**CONO**") and shows the Court as follows:

1. In accordance with the *Order Establishing Compensation Procedures for Professionals* [Dkt #301] entered on March 6, 2023 (the "**Compensation Procedure Order**"), SRBA served a monthly invoice (the "**Monthly Fee Statement**") on June 12, 2023, for the period of time beginning April 10, 2023 and ending April 30, 2023.

2. SRBA's Monthly Fee Statement was served upon the proper parties per the Compensation Procedures Order.

3. As set forth in the Compensation Procedures Order, each party receiving a copy of the Monthly Fee Statement shall have ten (10) days after service of the Monthly Fee Statement to

---

[1] The Debtors in these Chapter 11 cases, and the last four digits of each Debtor's federal tax identification number, are as follows: United Furniture Industries, Inc. (2576); United Furniture Industries NC, LLC.(9015); United Furniture Industries CA, Inc. (9966); FW Acquisition, LLC (2133); Furniture Wood, Inc. (9186);United Wood Products, Inc. (1061); Associated Bunk Bed Company (0569); UFI Royal Development, LLC (8143); UFI Exporter, Inc. (6518); UFI Transportation, LLC (9471); and LS Logistics, LLC (7004).

2

file and serve a written objection. The deadline for objections was June 22, 2023. SRBA has not received any objections to the Monthly Fee Statement and the records of the Court indicate that the Court has received no objection.

4. In accordance with the Compensation Procedures Order, the Debtor is authorized to pay the fees and expenses submitted by SRBA in its Monthly Fee Statement as no objections have been filed within the time permitted by the Compensation Procedures Order.

WHEREFORE, in accordance with the Compensation Procedures Order, the Debtor is authorized to immediately pay SRBA all amounts of its allowed claim.

THIS 26th day of June, 2023.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

<u>/s/ *Paul Douglas Stewart, Jr.*</u>
Paul Douglas Stewart, Jr. (La. Bar # 24661)
dstewart@stewartrobbins.com
*Pro Hac Vice Granted*
Brandon A. Brown (LA Bar # 25592)
bbrown@stewartrobbins.com
*Pro Hac Vice Granted*
Brooke W. Altazan (MS Bar # 105086)
baltazan@stewartrobbins.com
Nicholas J. Smeltz (LA Bar # 38895)
nsmeltz@stewartrobbins.com
*Pro Hac Vice Granted*
***Counsel for the Official***
***Committee of Unsecured Creditors***

**CERTIFICATE OF SERVICE**

3

      I do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

      SO CERTIFIED, this the 26th day of June, 2023.


      <u>/s/ *Paul Douglas Stewart, Jr.*</u>