_____

**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED FURNITURE INDUSTRIES, INC., *et al.*[1] ) | Case No. 22-13422-SDM |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

### STIPULATION AND AGREED ORDER
### <u>ALLOWING CLAIM OF JORDAN-COOPER WOOD PRODUCTS, INC.</u>

This Stipulation and Agreed Order (the "<u>Order</u>") is made and entered into by and between (i) United Furniture Industries, Inc. ("<u>UFI</u>", and collectively with the other debtors in the above-captioned jointly-administered cases, the "<u>Debtors</u>"), by Derek Henderson, in his capacity as the chapter 11 trustee of the Debtors (the "<u>Trustee</u>"), and (ii) Jordan-Cooper Wood

---

[1] The Debtors in these Chapter 11 cases, and the last four digits of each Debtor's federal tax identification number, are as follows: United Furniture Industries, Inc. (2576); United Furniture Industries NC, LLC.(9015); United Furniture Industries CA, Inc. (9966); FW Acquisition, LLC (2133); Furniture Wood, Inc. (9186);United Wood Products, Inc. (1061); Associated Bunk Bed Company (0569); UFI Royal Development, LLC (8143); UFI Exporter, Inc. (6518); UFI Transportation, LLC (9471); and LS Logistics, LLC (7004).

Products, Inc. ("J-C").  The Trustee and J-C are each a "Party" and collectively are "Parties").

The Parties hereby stipulate and agree as follows:

### Recitals

WHEREAS, the Trustee scheduled J-C as holding a general, non-priority, unsecured claim in the amount of $84,003.81 which was "Contingent" and "Unliquidated."  *See* Dkt #370.;

WHEREAS, Euler Hermes N.A. Insurance Co. ("Euler Hermes"), as agent for J-C pursuant to contractual rights granted thereto by J-C, filed its Proof of Claim, docketed by the Court as Claim 16, on January 31, 2023, in the amount of $97,088.29;

WHEREAS, to satisfy documentary requirements of Euler Hermes, J-C requested the Trustee review and resolve the allowance of J-C's claim amount so that it can be allowed and formally documented through written agreement approved by the Court;

WHEREAS, after review and discussion, J-C and the Trustee agree that J-C holds a scheduled, allowed, non-priority, general unsecured claim in the amount of $97,088.29 and that the same should no longer be deemed "Contingent" or "Unliquidated" as initially scheduled by the Trustee herein; and

WHEREAS, J-C's claim is due and owing and there is no unresolved disagreement between UFI and J-C about the amount of the claim; and

WHEREAS, the Parties desire to document this agreement and to submit the same to the Court for formal approval and entry in the Court record.

THEREFORE, based on the foregoing stipulations by the Trustee and J-C, the Court finds that the agreement and stipulations contained herein should be approved.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The above recitals are incorporated by reference into this Order and are hereby approved as stated.

2. J-C's claim shall be deemed fully allowed as a general, non-priority, unsecured claim against UFI in the amount of $97,088.29. J-C's claim shall be deemed non-contingent and fully liquidated, and UFI's schedules [Dkt #306 and as amended thereafter] shall be deemed to be restated consistent with this Order.

3. Euler Hermes and any other third party shall be entitled to fully rely upon this Order for all purposes with regard to the J-C claim referenced herein.

**\*\*    END OF ORDER    \*\***

So stipulated and approved for entry:

/s/ *Douglas C. Noble*
Counsel for Derek Henderson, Chapter 11 Trustee


/s/ *Charles F. F. Barbour*
Counsel for Jordan-Cooper Wood Products, Inc.


Order submitted by:

Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile:  (601) 510-2939
Email:  dnoble@mmqnlaw.com

*Counsel for Derek Henderson, Chapter 11 Trustee*